

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| FUSION INDUSTRIES, LLC, | § | No. 08-20-00105-CV |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| EDGARDO MADRID & ASSOCIATES, LLC, | § | of Reeves County, Texas |
| | § | (TC# 19-10-23239-CVR) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the February 2, 2020, default judgment is REVERSED ONLY AS BETWEEN MADRID AND FUSION, and we REMAND to the trial court with instructions to enter a judgment in accordance with the agreement of the parties. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF APRIL, 2021.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.